IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| SHAKILA NAKIA WALLACE | : | NO. 09-553 |

ORDER

AND NOW, this 12th day of October, 2011, upon consideration of the defendant's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 (Docket No. 21), the government's opposition, and the defendant's responses thereto, IT IS HEREBY ORDERED that said motion is DENIED for the reasons stated in a memorandum of law bearing today's date.

IT IS FURTHER ORDERED that a certificate of appealability is denied because the defendant has not make a substantial showing of the denial of a constitutional right.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.